Certificate Number: 01721-PAW-DE-039661336

Bankruptcy Case Number: 22-21003



01721-PAW-DE-039661336

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 14, 2025, at 10:51 o'clock AM EDT, Jeffrey Johnson completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   May 14, 2025                By:   /s/Robin Vasselo

                                    Name: Robin Vasselo

                                    Title: Counselor