IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Jeffrey R. Johnson, | ) | |
|    *Debtor* | ) | Case No. 22-21003 JAD |
| | ) | Chapter 13 |
| Jeffrey R. Johnson, | ) | |
|    *Movant* | ) | Document No. |
| | ) | |
| No Respondents | ) | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On May 15, 2025 at docket number 43, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* The Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.


May 17, 2025                                                         /s/ Jeffrey R. Johnson
Date                                                                           Debtor

Respectfully submitted,

May 22, 2025                           /s/ Kenneth Steidl
DATE                                   Kenneth Steidl, Esquire
                                       Attorney for the Debtor
                                       STEIDL & STEINBERG
                                       436 Seventh Avenue, Suite 322
                                       Pittsburgh, PA 15219
                                       (412) 391-8000
                                       ken.steidl@steidl-steinberg.com
                                       PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**