Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jeffrey R. Johnson**
  Debtor(s)

Bankruptcy Case No.: 22−21003−JAD
Related to Doc. #45
Chapter: 13
Docket No.: 46 − 45

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

  **AND NOW,** this The 27th of May, 2025, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/7/25.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/16/25 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/7/25.**

                                                      Jeffery A. Deller
                                                      United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21003-JAD |
| Jeffrey R. Johnson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 27, 2025 | Form ID: 408 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey R. Johnson, 3406 Rose Drive, Glenshaw, PA 15116-1330 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | May 28 2025 03:49:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2025 03:57:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 28 2025 03:49:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15484647 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 28 2025 04:08:39 | Affirm, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15484648 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 04:08:27 | Amazon, c/o Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 15484649 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2025 04:08:07 | Capital One Bank, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15489414 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2025 04:08:33 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15484652 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 03:56:47 | Care Credit, c/o Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 15484653 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 28 2025 03:50:00 | Comenity Bank & Kay Jewelers, Attn Bankruptcy Dept., Po Box 182125, Columbus, OH 43218-2125 |
| 15484657 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:19:01 | Macys, c/o Department Store National Bank, 9111 Duke Blvd., Mason, OH 45040 |
| 15502197 | + | Email/Text: jdryer@bernsteinlaw.com | May 28 2025 03:49:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15484654 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 28 2025 03:49:00 | First National Bank of PA, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15492478 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 28 2025 03:49:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15484655 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 28 2025 03:49:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |

Case 22-21003-JAD    Doc 47    Filed 05/29/25    Entered 05/30/25 00:37:06    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2025 | Form ID: 408 | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15496980 | | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2025 04:08:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15484656 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 04:18:56 | Lowe's, c/o Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 15484658 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 28 2025 03:56:49 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15484659 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 28 2025 03:49:00 | Mr. Cooper & Nationstar Mortgage, Po Box 619098, Dallas, TX 75261-9098 |
| 15503490 | | Email/Text: nsm_bk_notices@mrcooper.com | May 28 2025 03:49:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15503534 | | Email/Text: Bankruptcy.Notices@pnc.com | May 28 2025 03:49:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15484660 | | Email/Text: Bankruptcy.Notices@pnc.com | May 28 2025 03:49:00 | PNC Mortgage, Po Box 8819, Dayton, OH 45401 |
| 15503545 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2025 03:56:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15492631 | + | Email/Text: ebnpeoples@grblaw.com | May 28 2025 03:49:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15485357 | ^ | MEBN | May 28 2025 03:49:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15484661 | + | Email/Text: LCI@upstart.com | May 28 2025 03:49:00 | Upstart Network Inc., PO Box 1503, San Carlos, CA 94070-7503 |
| 15484662 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 04:08:23 | Venmo, c/o Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 15484663 | + | Email/Text: bk@avant.com | May 28 2025 03:51:00 | Webbank & Avant, 222 North LaSalle St., Suite 1600, Chicago, IL 60601-1112 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 15484650 | *+ | Capital One Bank, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15484651 | *+ | Capital One Bank, Po Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: May 27, 2025 | Form ID: 408 | Total Noticed: 28 |

Date: May 29, 2025                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2025 at the address(es) listed below:**

**Name**          **Email Address**

Christopher A. DeNardo
on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com

Christopher A. DeNardo
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Denise Carlon
on behalf of Creditor PNC BANK N.A. dcarlon@kmllawgroup.com

Jeffrey Hunt
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Kenneth Steidl
on behalf of Debtor Jeffrey R. Johnson julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 8