**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JEFFREY R. JOHNSON <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>         Movant <br>     vs. <br> No Respondents. | Case No.:22-21003 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court′s registry, the Trustee′s office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee′s Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee′s Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 23, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 05/26/2022 and confirmed on 7/19/22. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 18,585.00 |
| Less Refunds to Debtor | 1,088.97 | |
| TOTAL AMOUNT OF PLAN FUND | | 17,496.03 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 1,012.95 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,412.95 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*)  Acct: 0197 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PNC BANK NA  Acct: 6996 | 0.00 | 0.00 | 0.00 | 0.00 |
|   FIRST NATIONAL BANK OF PA(*)  Acct: 3008 | 0.00 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JEFFREY R. JOHNSON  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JEFFREY R. JOHNSON  Acct: | 1,088.97 | 1,088.97 | 0.00 | 0.00 |
|   STEIDL & STEINBERG PC  Acct: | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   AFFIRM  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LVNV FUNDING LLC  Acct: 5760 | 374.76 | 374.76 | 0.00 | 374.76 |
|   CAPITAL ONE BANK (USA) NA BY AMERIC  Acct: 0224 | 7,415.00 | 7,415.00 | 0.00 | 7,415.00 |
|   CAPITAL ONE BANK (USA) NA BY AMERIC  Acct: 6072 | 599.80 | 599.80 | 0.00 | 599.80 |
|   CAPITAL ONE BANK (USA) NA BY AMERIC  Acct: 4119 | 479.94 | 479.94 | 0.00 | 479.94 |
|   LVNV FUNDING LLC  Acct: 3345 | 785.86 | 785.86 | 0.00 | 785.86 |
|   COMENITY BANK++  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   FORTIVA | 0.00 | 0.00 | 0.00 | 0.00 |

22-21003 JAD                                                                                                    Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
| LVNV FUNDING LLC | 859.92 | 859.92 | 0.00 | 859.92 |
| Acct: 2659 | | | | |
| DEPARTMENT STORES NATIONAL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPSTART NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 1,618.80 | 1,618.80 | 0.00 | 1,618.80 |
| Acct: 3541 | | | | |
| AVANT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 279.93 | 279.93 | 0.00 | 279.93 |
| Acct: 7287 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 176.31 | 176.31 | 0.00 | 176.31 |
| Acct: 6241 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 492.76 | 492.76 | 0.00 | 492.76 |
| Acct: 2988 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3345 | | | | |
| LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 13,083.08 |

| | | |
|---|---|---:|
| **TOTAL PAID TO CREDITORS** | | 13,083.08 |
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 0.00 | |
| UNSECURED | 13,083.08 | |

Date: 05/23/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JEFFREY R. JOHNSON

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:22-21003 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21003-JAD |
| Jeffrey R. Johnson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 27, 2025 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey R. Johnson, 3406 Rose Drive, Glenshaw, PA 15116-1330 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | May 28 2025 03:49:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2025 04:08:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 28 2025 03:49:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15484647 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 28 2025 04:19:03 | Affirm, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15484648 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 03:57:27 | Amazon, c/o Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 15484649 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2025 03:56:54 | Capital One Bank, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15489414 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2025 03:57:31 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15484652 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 03:56:47 | Care Credit, c/o Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 15484653 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 28 2025 03:50:00 | Comenity Bank & Kay Jewelers, Attn Bankruptcy Dept., Po Box 182125, Columbus, OH 43218-2125 |
| 15484657 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:08:07 | Macys, c/o Department Store National Bank, 9111 Duke Blvd., Mason, OH 45040 |
| 15502197 | + | Email/Text: jdryer@bernsteinlaw.com | May 28 2025 03:49:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15484654 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 28 2025 03:49:00 | First National Bank of PA, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15492478 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 28 2025 03:49:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15484655 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 28 2025 03:49:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |

Case 22-21003-JAD    Doc 48    Filed 05/29/25    Entered 05/30/25 00:37:06    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2025 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15496980 | | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2025 03:57:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15484656 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 04:19:07 | Lowe's, c/o Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 15484658 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 28 2025 04:08:11 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15484659 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 28 2025 03:49:00 | Mr. Cooper & Nationstar Mortgage, Po Box 619098, Dallas, TX 75261-9098 |
| 15503490 | | Email/Text: nsm_bk_notices@mrcooper.com | May 28 2025 03:49:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15503534 | | Email/Text: Bankruptcy.Notices@pnc.com | May 28 2025 03:49:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15484660 | | Email/Text: Bankruptcy.Notices@pnc.com | May 28 2025 03:49:00 | PNC Mortgage, Po Box 8819, Dayton, OH 45401 |
| 15503545 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2025 03:57:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15492631 | + | Email/Text: ebnpeoples@grblaw.com | May 28 2025 03:49:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15485357 | ^ | MEBN | May 28 2025 03:49:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15484661 | + | Email/Text: LCI@upstart.com | May 28 2025 03:49:00 | Upstart Network Inc., PO Box 1503, San Carlos, CA 94070-7503 |
| 15484662 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 03:56:53 | Venmo, c/o Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 15484663 | + | Email/Text: bk@avant.com | May 28 2025 03:51:00 | Webbank & Avant, 222 North LaSalle St., Suite 1600, Chicago, IL 60601-1112 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 15484650 | *+ | Capital One Bank, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15484651 | *+ | Capital One Bank, Po Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: May 27, 2025 | Form ID: pdf900 | Total Noticed: 28

Date: May 29, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:**

**Name**     **Email Address**

Christopher A. DeNardo
on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com

Christopher A. DeNardo
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Denise Carlon
on behalf of Creditor PNC BANK N.A. dcarlon@kmllawgroup.com

Jeffrey Hunt
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Kenneth Steidl
on behalf of Debtor Jeffrey R. Johnson julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 8