IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
JEFFREY R. JOHNSON

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:22-21003 JAD

Chapter 13

Related to Doc No.: 45

ORDER OF COURT

AND NOW, this ___9th___ day of ___July___, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_[signature]_ sjk

U.S. BANKRUPTCY JUDGE

Jeffery A. Deller

FILED
7/9/25 2:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 22-21003-JAD |
|---|---|
| Jeffrey R. Johnson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey R. Johnson, 3406 Rose Drive, Glenshaw, PA 15116-1330 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 10 2025 00:08:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 10 2025 00:20:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 10 2025 00:07:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15484647 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 10 2025 00:20:14 | Affirm, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15484648 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2025 00:20:12 | Amazon, c/o Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 15484649 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2025 00:31:15 | Capital One Bank, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15489414 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2025 00:20:14 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15484652 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2025 00:20:17 | Care Credit, c/o Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 15484653 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 10 2025 00:08:00 | Comenity Bank & Kay Jewelers, Attn Bankruptcy Dept., Po Box 182125, Columbus, OH 43218-2125 |
| 15484657 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2025 00:20:57 | Macys, c/o Department Store National Bank, 9111 Duke Blvd., Mason, OH 45040 |
| 15502197 | + | Email/Text: jdryer@bernsteinlaw.com | Jul 10 2025 00:08:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15484654 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 10 2025 00:07:00 | First National Bank of PA, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15492478 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 10 2025 00:07:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15484655 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 10 2025 00:07:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |

Case 22-21003-JAD   Doc 54   Filed 07/11/25   Entered 07/12/25 00:34:23   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15496980 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2025 00:20:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15484656 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2025 00:20:44 | Lowe's, c/o Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 15484658 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 10 2025 00:20:09 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15484659 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 10 2025 00:08:00 | Mr. Cooper & Nationstar Mortgage, Po Box 619098, Dallas, TX 75261-9098 |
| 15503490 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 10 2025 00:08:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15503534 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 10 2025 00:07:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15484660 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 10 2025 00:07:00 | PNC Mortgage, Po Box 8819, Dayton, OH 45401 |
| 15503545 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 10 2025 00:20:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15492631 | + | Email/Text: ebnpeoples@grblaw.com | Jul 10 2025 00:07:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15485357 | ^ | MEBN | Jul 10 2025 00:05:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15484661 | + | Email/Text: LCI@upstart.com | Jul 10 2025 00:08:00 | Upstart Network Inc., PO Box 1503, San Carlos, CA 94070-7503 |
| 15484662 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2025 00:20:32 | Venmo, c/o Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 15484663 | + | Email/Text: bk@avant.com | Jul 10 2025 00:09:00 | Webbank & Avant, 222 North LaSalle St., Suite 1600, Chicago, IL 60601-1112 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 15484650 | *+ | Capital One Bank, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15484651 | *+ | Capital One Bank, Po Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jul 09, 2025 | Form ID: pdf900 | Total Noticed: 28

Date: Jul 11, 2025　　　　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Denise Carlon | on behalf of Creditor PNC BANK N.A. dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | on behalf of Debtor Jeffrey R. Johnson julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8